WALLINGTON HOME OWNERS ASSOCIATION, AN UNINCOR-
PORATED ASSOCIATION, AND ANDREW P. VASCO,
PLAINTIFFS-APPELLANTS, v. BOROUGH OF WALLING-
TON, A MUNICIPAL CORPORATION OF NEW JERSEY,
DEFENDANT-RESPONDENT, AND JAMES NUCKEL, IN-
TERVENOR-RESPONDENT.

Argued October 7, 1974—Decided October 22, 1974.

*Mr. Malcolm Blum* argued the cause for appellants (*Mr.
Barry W. Sirota,* attorney).

*Mr. Marvin Olick* argued the cause for respondent Bor-
ough of Wallington (*Messrs. Gruen, Sorkow and Sorkow,* at-
torneys).

*Mr. Lawrence G. Goodman* argued the cause for respondent
Nuckel (*Messrs. Goodman, Stoldt and Breslin,* attorneys).

PER CURIAM. The judgment is affirmed substantially for
the reasons expressed by the Appellate Division, 130 *N. J.
Super.* 461.

*For affirmance*—Chief Justice HUGHES, Justices JACOBS,
HALL, SULLIVAN, PASHMAN and CLIFFORD and Judge CON-
FORD—7.

*For reversal*—None.